UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEMETRA HENDERSON-BURKHALTER, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 18-0928 |
| NATIONAL UNION FIRE INSURANCE COMPANY, ET AL. | SECTION: "J"(5) |

ORDER ON MOTION
OCTOBER 12, 2018

APPEARANCES:

MOTION:

(1) Plaintiffs' Motion to Compel 30(b)(6) Deposition of Defendant (Rec. doc. 12).
(2) Defendant's Motion for Protective Order to Limit Scope of 30(b)(6) Deposition (Rec. doc. 15).

_____ :   Continued to

_____ :   No opposition.

  1, 2   :   Opposition.

ORDERED

  1, 2   :   Dismissed as moot.

_____ :   Dismissed for failure of counsel to appear.

_____ :   Granted.

_____ :   Denied.

_____ :   Other.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE