MINUTE ENTRY
NORTH, M.J.
JANUARY 9, 2019

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEMETRA HENDERSON-BURKHALTER, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 18-0928 |
| NATIONAL UNION FIRE INSURANCE COMPANY, ET AL. | SECTION: "J"(5) |

### HEARING ON MOTION

COURT REPORTER:  Cathy Pepper

APPEARANCES:     Vanessa Motta, Joshua Stein, Donna Wood, Christopher James-Lomax

MOTION:

(1) Plaintiffs' Motion to Quash Subpoena Duces Tecum for Production of Cell Phone Records (Rec. doc. 74).
(2) Plaintiffs' Motion to Quash the Subpoenas of Metro PCS and AT&T Mobility, LLC (Rec. doc. 84).
(3) Plaintiffs' Motion for Leave to Reply to Defendants' Opposition to Plaintiffs' Motion to Quash (Rec. doc. 90).

_____ :     Continued to

_____ :     No opposition

 1-3  :     Opposition

### ORDERED

  2   :     Dismissed as moot, the returns on the subpoenas having been made before Plaintiffs' motion was even filed.

_____ :     Dismissed for failure of counsel to appear.

  3   :     Granted.

MJSTAR (00:10)

__1__:   Denied. Under applicable Fifth Circuit jurisprudence, Plaintiffs do not have standing to challenge a subpoena issued to a non-party who himself has not formally moved to quash the subpoena.

_____:   Other.

                                                                    _____
                                                                    MICHAEL B. NORTH
                                                                    UNITED STATES MAGISTRATE JUDGE