UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEMETRA HENDERSON-BURKHALTER | * | CIVIL ACTION NO. 2:18-cv-00928 |
| GREGORY OFFRAY AND | * | |
| JACQUELINE THOMPSON | * | |
| *Plaintiff* | * | JUDGE CARL BARBIER |
| | * | |
| VERSUS | * | MAGISTRATE JUDGE |
| NATIONAL UNION FIRE INSURANCE | * | MICHAEL NORTH |
| COMPANY, WALMART | * | |
| TRANSPORTATION, LLC AND | * | |
| LEE MULLIGAN | * | |
| *Defendants* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 78.1, Non-party Motta Law, LLC, through its sole member and undersigned counsel, Vanessa Motta, Esq. (collectively, "Ms. Motta"), respectfully requests oral argument on her Motion to Quash, Motion for Protective Order, and Motion for an Award of Attorneys' Fees. Ms. Motta submits that the Court may benefit from an in-person discussion of the important legal arguments and underlying facts of at issue.

While Ms. Motta has taken great care to brief the grounds upon which her motion should be granted within the page limitation, Ms. Motta welcomes the opportunity to expand upon these arguments, if permitted, during oral argument as this issue is of great importance to her both personally and professionally given the nature of the accusations and/or inferences made against her and her firm.

Respectfully submitted,

   */s/ Vanessa Motta*
**Vanessa Motta #36915**
**MOTTA LAW, LLC**
855 Baronne Street, 2nd Floor
New Orleans, LA 70113
Telephone: (504) 670-9490
Facsimile: (504) 513-3122
Email: vanessa@ mottalaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the following pleading has been delivered to all counsel of record, either through the CM/ECF system, or by depositing a copy of same in the United States mail, first class postage prepaid at their last known address of record, or by hand delivery, or by e-mail or by facsimile transmission on January 15, 2019.

_____/s/Vanessa Motta_____