## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEMETRA HENDERSON-BURKHALTER** | * | **CIVIL ACTION NO. 2:18-cv-00928** |
| **GREGORY OFFRAY AND** | * | |
| **JACQUELINE THOMPSON** | * | |
| *Plaintiff* | * | **JUDGE CARL BARBIER** |
| | * | |
| **VERSUS** | * | **MAGISTRATE JUDGE** |
| **NATIONAL UNION FIRE INSURANCE** | * | **MICHAEL NORTH** |
| **COMPANY, WALMART** | * | |
| **TRANSPORTATION, LLC AND** | * | |
| **LEE MULLIGAN** | * | |
| *Defendants* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANTS' WITNESS AND EXHIBIT LIST

**NOW INTO COURT**, through undersigned counsel, come Defendants, National Union Fire Insurance Company, Walmart Transportation, LLC, and Lee Mulligan (hereinafter collectively referred to as "Defendants"), who respectfully submit the following Witness and Exhibit List in accordance with this Court's Scheduling Order:

### WITNESS LIST

Defendants shall or may call the following witnesses at the trial of this matter:

1. Defendant Lee Mulligan – testify regarding facts of accident and Wal-Mart Transportation, LLC's policies and procedures;

2. Plaintiff Demetra Henderson-Burkhalter (on cross examination) ;

3. Plaintiff Gregory Offray (on cross examination);

4. Plaintiff Jacqueline Thompson (on cross examination);

5. John Marty Blackston (Regional Safety Director at Wal-Mart Transportation, LLC) – testify regarding Wal-Mart Transportation, LLC's policies and procedures;

6. Mary Bowman (Safety Manager at Wal-Mart Transportation, LLC) – testify regarding

Wal-Mart Transportation, LLC's policies and procedures;

7. Dr. Fred DeFrancesch, Jr. (Defendants' expert in physical medicine and rehabilitation, spinal cord injury medicine and pain) – testify regarding Plaintiff's Gregory Offray's alleged injuries and medical treatment as a result of the subject incident;

8. Dr. Everett Robert (Defendants' expert neurosurgeon) – testify regarding Plaintiffs Henderson-Burkhalter and Plaintiff Thompson's alleged injuries and medical treatment as a result of the subject incident and his opinions on medical causation;

9. Wayne Winkler (Defendants' expert in accident reconstruction, accident investigation, and Title 32—Rules of the Road) – testify regarding causation of the alleged motor vehicle incident and the unique similarities between the subject incident and other trucking incidents occurring in the past eighteen (18) months in the New Orleans area.;

10. Charles Barnett of the Barnett Group (Defendant's investigator) – testify regarding his investigation of similar trucking accidents and background investigation on Plaintiffs;

11. Fred Schroeder of the Barnett Group (Defendant's investigator) – testify regarding his background investigation on Plaintiffs;

12. Lyssa Barros (DIS records custodian) – testify regarding policies and procedures on MRI films and paperwork and Plaintiff's Henderson-Burkhalter's certified records;

13. Cornelius Garrison –testify regarding his relationship to the Plaintiffs and knowledge of other similar trucking incidents in the New Orleans area;

14. Brian Landry, Vice President of Claims Bureau USA, Inc. (Defendants' investigator) – testify regarding his background investigation of Plaintiffs, investigation of Cornelius Garrison and his cell phone record call log, investigation of plaintiffs in other similar trucking incidents, investigation of the relationship between plaintiffs in the instant matter

and plaintiffs in other similar trucking incidents; investigation of relationship between Plaintiffs in the instant matter and Cornelius Garrison, and investigation of relationship between plaintiffs in other similar trucking incidents and Cornelius Garrison;

15. Amy DiMambro of Claims Bureau USA, Inc. (Defendants' investigator) – testify regarding her background investigation of Plaintiffs, investigation of Cornelius Garrison and his cell phone record call log, investigation of plaintiffs in other similar trucking incidents, investigation of the relationship between plaintiffs in the instant matter and plaintiffs in other similar trucking incidents; investigation of relationship between Plaintiffs in the instant matter and Cornelius Garrison, and investigation of relationship between plaintiffs in other similar trucking incidents and Cornelius Garrison;

16. Any witness needed for impeachment or rebuttal purposes;

17. Any witness listed, called, offered or proffered by any other party to this litigation;

18. Any person identified pursuant to ongoing discovery; and

19. Any and all witnesses needed to authenticate evidence.

Defendants reserve the right to supplement and/or amend this witness list as discovery is still ongoing.

## **EXHIBIT LIST**

Defendants shall or may introduce the following exhibits at the trial of this matter:

1. Any and all photographs of the damage to plaintiff's vehicle;

2. Any and all documents in the GEICO claims file regarding property damage of plaintiff's vehicle, including photographs;

3. Any and all photographs of the Wal-Mart Transportation, LLC tractor-trailer;

4. Certified medical records from Total Body Chiropractic regarding Demetra Henderson-

Burkhalter;

5. Certified medical records from Guardian Care regarding Demetra Henderson-Burkhalter;

6. Certified medical records from Injury Meds regarding Demetra Henderson-Burkhalter;

7. Certified medical records from Dr. Lonseth – Interventional Pain Center regarding Demetra Henderson-Burkhalter;

8. Certified medical records from One Spine Institute regarding Demetra Henderson Burkhalter;

9. Certified medical records from Crestview Surgery Center regarding Demetra Henderson-Burkhalter;

10. Certified medical records from Ochsner Main Campus Jefferson regarding Demetra Henderson-Burkhalter;

11. Certified medical records from University Medical Center regarding Demetra Henderson-Burkhalter;

12. Certified medical records from West Jefferson Medical Center regarding Demetra Henderson-Burkhalter;

13. Certified pharmacy records from CVS store #05408, including Algiers Pharmacy records regarding Demetra Henderson-Burkhalter;

14. Certified medical records from Dr. Christopher Lawrence regarding Demetra Henderson-Burkhalter;

15. Certified medical records from Total Body Chiropractic regarding Gregory Offray;

16. Certified medical records from Dr. Eric Lonseth – Interventional Pain Center regarding Gregory Offray;

17. Certified medical records from One Spine Institute regarding Gregory Offray;

18. Certified medical records from West Jeff Medical Center regarding Gregory Offray;

19. Certified medical records from DIS regarding Jacqueline Thompson;

20. Certified medical records from Injury Meds regarding Jacqueline Thompson;

21. Certified medical records from New Orleans EMS regarding Jacqueline Thompson;

22. Certified medical records from One Spine Institute regarding Jacqueline Thompson;

23. Certified medical records from Total Body Chiropractic regarding Jacqueline Thompson;

24. Certified medical records from Dr. Lonseth - Interventional Pain Center regarding Jacqueline Thompson;

25. Certified medical records from Crescent View Surgery Center regarding Jacqueline Thompson;

26. Certified medical records from Tulane Medical Center regarding Jacqueline Thompson;

27. Certified medical records from Tulane Hospital regarding Jacqueline Thompson;

28. Certified medical records from University Medical Center regarding Jacqueline Thompson;

29. Walmart Transportation, LLC's policies and procedures produced in discovery;

30. Lee Mulligan's personnel file produced in discovery;

31. Video clip recorded at scene of accident by Lee Mulligan;

32. Lee Mulligan's driver logs produced in discovery;

33. Certification of no repairs to the Wal-Mart tractor-trailer;

34. Federal drug testing on Lee Mulligan;

35. Vehicle position history list of tractor-trailer on date of accident;

36. Maintenance and repair records on Wal-Mart Transportation tractor-trailer;

37. Titles for Walmart tractor-trailer; Certified business auto excess policy of National Union

Fire Insurance Company of Pittsburgh, PA's issued to Wal-Mart Transportation, LLC;

38. Any and all documents produced in return to Subpoena Duces Tecum to RepWest Insurance Company including transcribed recorded statement of Gregory Offray;

39. Documents responsive to Subpoena Duces Tecum from AT&T for plaintiff, Gregory Offray's cell phone records;

40. Documents responsive to Subpoena Duces Tecum to Gretna Police Department on Gregory Offray;

41. Documents responsive to Subpoena Duces Tecum to Allstate Insurance Company on Gregory Offray;

42. Documents responsive to Subpoena Duces Tecum from the Variety Wholesale regarding Demetra Henderson-Burkhalter, including Dr. Perveen Malek's medical records;

43. Documents responsive to Subpoena Duces Tecum to Sedgwick Claims regarding Demetra Henderson-Burkhalter;

44. Documents responsive to Subpoena Duces Tecum to LWCC regarding Demetra Henderson-Burkhalter;

45. Documents responsive to Subpoena Duces Tecum to Broadspire regarding Demetra Henderson-Burkhalter;

46. Documents responsive to Subpoena Duces Tecum to Zürich American Insurance Company regarding Demetra Henderson-Burkhalter;

47. Documents responsive to Subpoena Duces Tecum to Dollar General regarding Demetra Henderson-Burkhalter;

48. Documents responsive to Subpoena Duces Tecum to Metro PCS regarding cell phone records on Demetra Henderson-Burkhalter;

49. Documents responsive to Subpoena Duces Tecum to Gallagher Bassett regarding Demetra Henderson-Burkhalter;

50. Documents responsive to Subpoena Duces Tecum to State Farm regarding Demetra Henderson-Burkhalter;

51. Documents responsive to Subpoena Duces Tecum to Netherlands Insurance Company regarding Jacqueline Thompson;

52. Any and all documents relied upon by Wayne Winkler to formulate his opinions and those documents he produced in response to Plaintiffs' Subpoena Duces Tecum, including his calculations for this accident;

53. Documents responsive to Subpoena Duces Tecum to Dr. Eric Lonseth;

54. Documents responsive to Subpoena Duces Tecum to Dr. Peter Liechty;

55. Documents responsive to Subpoena Duces Tecum from T-Mobile for Cornelius Garrison's cell phone records;

56. Any and all other pleadings filed in litigation involving the following similar trucking accidents:

   i. Miranda L Ifford et al v. AIG Global Casualty et al, CDC, Parish of Orleans, 2016-10391, Div. E;

   ii. Swanika Robinson et al v. Ace American Insurance Company et al, Civil District Court for the Parish of Orleans, 2017-03111, Div. B;

   iii. Brian Banks et al v. Interide Transport, LLC et al, Civil District Court for the Parish of Orleans, 2017-10168, Div. G;

   iv. Rene Bertrand v. Terrell Morris, III et al, Civil District Court for the Parish of Orleans, 2017-05554, Div. J;

v.    Parker et al v. Walmart Transportation, Civil District Court for the Parish of Orleans, 2018-00030, Div. L;

vi.    Brittany Williams v. US Autologistics, LLC et al, Civil District Court for the Parish of Orleans, 2018-00003, Div. I;

vii.    Sonya Dent Jones et al v. Travelers et al, Civil District Court for the Parish of Orleans, 2018-01572, Div. B;

viii.    Adams v. RLC Trucking, Civil District Court for the Parish of Orleans, 2018-02899, Div. C;

ix.    Harris v. RLC Trucking,,Civil District Court for the Parish of Orleans, 2018-02918, Div. C;

x.    Morgan et al v. Surim Trucking Express et al, U.S. District Court, Eastern District of Louisiana, 18-00571;

xi.    Thomas et al v. Chambers et al, U.S. District Court, Eastern District of Louisiana, 18-04373;

xii.    Linda Harrison et al v. Gabriel Alphonse et al, Civil District Court for the Parish of Orleans, 2018-03420, Div. D;

xiii.    Brittney Cains v. YRC Inc., Civil District Court for the Parish of Orleans, 2018-03769, Div. N;

xiv.    Myles v. Old Dominion Freight, Civil District Court for the Parish of Orleans, 2018-05022, Div. C;

xv.    Raphus Adams et al v. Neier, Inc., Civil District Court for the Parish of Orleans, 2018-03417, Div. D;

xvi.    Zilton et al v. Gulf Transport, LLC, Civil District Court for the Parish of Orleans,

2018-02194, Div. N;

xvii.   Watkins v. On-Site Fuel Service, Civil District Court for the Parish of Orleans, 2018-04813, Div. C;

xviii.   Johnson et al v. Transportation Consultants et al, Civil District Court for the Parish of Orleans, 2018-04528, Div. N;

xix.   Tyler et al v. Empire Express, U.S. District Court, Eastern District of Louisiana, 18-05364;

xx.   Henry v. Cowan Systems, LLC, Civil District Court for the Parish of Orleans, 2018-05391, Div. F;

xxi.   Williams v. Cowan Systems, LLC, Civil District Court for the Parish of Orleans, 2018-05666, Div. I;

xxii.   Poole et al v. U.S. Xpress Enterprises, Civil District Court for the Parish of Orleans, 2018-05791, Div. B;

xxiii.   Poole et al v. U.S. Xpress Enterprises, Civil District Court for the Parish of Orleans, 2018-05785, Div. C;

xxiv.   Cooper v. Tacan Transportation, Civil District Court for the Parish of Orleans, 2018-05574, Div. B;

xxv.   Lee & Grant v. Tacan Transportation, Civil District Court for the Parish of Orleans, 2018-06203, Div. J;

xxvi.   Jones v. United Parcel Service, Civil District Court for the Parish of Orleans, 2018-05289, Div. G;

xxvii.   Darensbourg v. United Parcel Service , Civil District Court for the Parish of Orleans, 2018-06598, Div. E;

xxviii.   Fulford v. United Parcel Service, First City Court of New Orleans, 71-2820, Sec. A;

xxix.   Fulford v. United Parcel Service, Civil District Court for the Parish of Orleans, 2018-06664, Div. J;

xxx.    Reed v. Southeastern Freight Lines, Inc., Civil District Court for the Parish of Orleans, 2018-06569, Div. D;

xxxi.   Gardner & Gardner v. Werner Enterprises, Clark v. Werner Enterprises, 2018-05288, Div. G;

xxxii.   Clark v. Werner Enterprises, U.S. District Court, Eastern District of Louisiana, 18-05076;

xxxiii.   Jefferson, Matthews & Hinton v. H.M. Davis Transportation, Civil District Court for the Parish of Orleans, 2018-07187, Div. D;

xxxiv.   Degruy, Degruy & Ramee v. Penske, U.S. District Court, Eastern District of Louisiana, 18-06885;

xxxv.   Statum et al v. Quality Carrier, Civil District Court for the Parish of Orleans, 2018-07387, Div. G;

xxxvi.   Burds v. Javier Flores Transportation, Civil District Court for the Parish of Orleans, 2018-06692, Div. E;

xxxvii.   Fobb, Smith, Winchester, Harris, Diaz & Wishem v. Stericycle, Civil District Court for the Parish of Orleans, 2018-08066, Div. E;

xxxviii.   Hendricks & Williams v. Stericycle, Civil District Court for the Parish of Orleans, 2018-01575, Div. N;

xxxix.   Coleman v. Stericycle, Civil District Court for the Parish of Orleans, 2018-08069,

Div. C;

xl.     Pedesclaux v. Ean Holdings, LLC, Civil District Court for the Parish of Orleans, 2018-07267, Div. J;

xli.     Dwayne Johnson v. Shadrack Long, Civil District Court for the Parish of Orleans, 2018-02116, Div. G;

xlii.     Brumfield v. Bridges, Eastern District of Louisiana, 18-07212;

xliii.     Williams, Chew & Harrison v. Dupre Logistics, Civil District Court for the Parish of Orleans, 2018-07367, Div. L;

xliv.     Smith v. Heniff Transporation Systems, Civil District Court for the Parish of Orleans, 2018-08479, Div. J;

xlv.     Hendricks & Morton v. Heniff Transportation Systems, Civil District Court for the Parish of Orleans, 2018-03289, Div. L;

xlvi.     Reff, Red, Harris & Williams v. Werner Enterprises, Eastern District of Louisiana, 18-08350;

xlvii.     Davis, Davis & Williams v. KAG Leasing, Inc., Civil District Court for the Parish of Orleans, 2018-08692, Div. L;

xlviii.     Reese and Odds v. Miller Transportation, Eastern District of Louisiana, 18-08336;

xlix.     Smith v. Seymour Transport, Inc., Civil District Court for the Parish of Orleans, 2018-08791, Div. N;

l.     Lain, Carter & Carter v. Heniff Transportation, Civil District Court for the Parish of Orleans, 2018-08693, Div. G;

li.     Alexander & Berry v. Saia Motor Freight Line, Civil District Court for the Parish of Orleans, 2018-08891, Div. G;

lii.    Thompson & Wilson v. Ozark Motor Lines, Eastern District of Louisiana, 18-08652;

liii.   Barra, Gates, Collins & Sims v. Southeastern Freight Lines, Inc., Eastern District of Louisiana, 18-08223;

liv.    Dents & Clark v. Tyson Foods, Inc., Civil District Court for the Parish of Orleans, 2018-08806, Div. G;

lv.     Davis v. Saia Motor Freight Line, LLC, Civil District Court for the Parish of Orleans, 2018-09445, Div. J;

lvi.    Baham, Turner & Stubbs v. Lovorn & Lovorn Trucking, Eastern District of Louisiana, 18-08881;

lvii.   Jones & Toledano v. McKoin Trucking Company & Haynes Motor Lines, LLC, Civil District Court for the Parish of Orleans, 2018-07635, Div. C;

lviii.  Green, Johnson & Nobles v. Delta Trucking, Civil District Court for the Parish of Orleans, 2018-09787, Div. I;

lix.    Charles, Foster, Darby & Birden v. Wiley Sanders Truck Lines, Eastern District of Louisiana, 18-08907;

lx.     Varnado & Payne v. DD Logistics, Inc., Eastern District of Louisiana, 18-08969;

lxi.    Ragas v. Beacon Transport, Civil District Court for the Parish of Orleans, 2018-07467, Div. L;

lxii.   Garrison v. 3 T's, Civil District Court for the Parish of Orleans, 2018-09953, Div. J;

lxiii.  Hart & Johnson v. Forward Air, Inc., Civil District Court for the Parish of Orleans, 2018-09681, Div. L;

lxiv.    Carter v. Walmart, Inc., Civil District Court for the Parish of Orleans, 2018-09622, Div. G;

lxv.    Daniels v. Walmart, Inc., Civil District Court for the Parish of Orleans, 2018-09548, Div. L;

lxvi.    Lloyd v. Walmart, Inc., Civil District Court for the Parish of Orleans, 2018-03237, Div. L;

lxvii.    Williams v. Millsaps d/b/a Phat-Boy Trucking, Civil District Court for the Parish of Orleans, 2018-10379, Div. G;

lxviii.    Gibson & Martin v. Martin Transportation; Civil District Court for the Parish of Orleans, 2018-10148, Div. B;

lxix.    Dimitri Frazier, et al v. Whitestone Transportation, Eastern District of Louisiana, 18-02340;

lxx.    Brown v. Kevin Doyle, Penske, Civil District Court for the Parish of Orleans, 2018-10714, Div. I;

lxxi.    Harris, et al. v. Old Republic Ins. Co., et al., Civil District Court for the Parish of Orleans, 2016-2238, Div. L;

lxxii.    David Garrison, et al v. The Gray Casualty and Insurance Company, et al, Civil District Court for the Parish of Orleans, 2018-6316, Div. I-14;

lxxiii.    Harris, et al. v. Celadon Trucking Services, Inc., et al.; United States District Court for the Eastern District of Louisiana; 2:18-cv-03317-MLCF-KWR;

lxxiv.    Tiaji Andrews, et al v. United Speciality Ins. Co., et al., Civil District Court for the Parish of Orleans; 2017-01092, Div. G-11;

lxxv.    Sorina v. Vargas, United States District Court for the Eastern District of Louisiana;

15-01547;

lxxvi.   Lott, et al. v. Airgas USA, LLC, et al., Civil District Court for the Parish of Orleans; 2018-11740, Div. C; and

lxxvii.   Marol Ard v. Yoel Almeida, et al.; Civil District Court for the Parish of Orleans; 2018-03346, Div. D-12.

57. Any and all documents involving any and all of the following New Orleans Police Department crash reports of similar trucking accidents:

i.   Miranda L Ifford et al v. AIG Global Casualty et al, CDC, Parish of Orleans, 2016-10391, Div. E;

ii.   Swanika Robinson et al v. Ace American Insurance Company et al, Civil District Court for the Parish of Orleans, 2017-03111, Div. B;

iii.   Brian Banks et al v. Interide Transport, LLC et al, Civil District Court for the Parish of Orleans, 2017-10168, Div. G;

iv.   Rene Bertrand v. Terrell Morris, III et al, Civil District Court for the Parish of Orleans, 2017-05554, Div. J;

v.   Parker et al v. Walmart Transportation, Civil District Court for the Parish of Orleans, 2018-00030, Div. L;

vi.   Brittany Williams v. US Autologistics, LLC et al, Civil District Court for the Parish of Orleans, 2018-00003, Div. I;

vii.   Sonya Dent Jones et al v. Travelers et al, Civil District Court for the Parish of Orleans, 2018-01572, Div. B;

viii.   Adams v. RLC Trucking, Civil District Court for the Parish of Orleans, 2018-02899, Div. C;

ix.     Harris v. RLC Trucking,,Civil District Court for the Parish of Orleans, 2018-02918, Div. C;

x.      Morgan et al v. Surim Trucking Express et al, U.S. District Court, Eastern District of Louisiana, 18-00571;

xi.     Thomas et al v. Chambers et al, U.S. District Court, Eastern District of Louisiana, 18-04373;

xii.    Linda Harrison et al v. Gabriel Alphonse et al, Civil District Court for the Parish of Orleans, 2018-03420, Div. D;

xiii.   Brittney Cains v. YRC Inc., Civil District Court for the Parish of Orleans, 2018-03769, Div. N;

xiv.    Myles v. Old Dominion Freight, Civil District Court for the Parish of Orleans, 2018-05022, Div. C;

xv.     Raphus Adams et al v. Neier, Inc., Civil District Court for the Parish of Orleans, 2018-03417, Div. D;

xvi.    Zilton et al v. Gulf Transport, LLC, Civil District Court for the Parish of Orleans, 2018-02194, Div. N;

xvii.   Watkins v. On-Site Fuel Service, Civil District Court for the Parish of Orleans, 2018-04813, Div. C;

xviii.  Johnson et al v. Transportation Consultants et al, Civil District Court for the Parish of Orleans, 2018-04528, Div. N;

xix.    Tyler et al v. Empire Express, U.S. District Court, Eastern District of Louisiana, 18-05364;

xx.     Henry v. Cowan Systems, LLC, Civil District Court for the Parish of Orleans,

2018-05391, Div. F;

xxi.  Williams v. Cowan Systems, LLC, Civil District Court for the Parish of Orleans, 2018-05666, Div. I;

xxii.  Poole et al v. U.S. Xpress Enterprises, Civil District Court for the Parish of Orleans, 2018-05791, Div. B;

xxiii.  Poole et al v. U.S. Xpress Enterprises, Civil District Court for the Parish of Orleans, 2018-05785, Div. C;

xxiv.  Cooper v. Tacan Transportation, Civil District Court for the Parish of Orleans, 2018-05574, Div. B;

xxv.  Lee & Grant v. Tacan Transportation, Civil District Court for the Parish of Orleans, 2018-06203, Div. J;

xxvi.  Jones v. United Parcel Service, Civil District Court for the Parish of Orleans, 2018-05289, Div. G;

xxvii.  Darensbourg v. United Parcel Service , Civil District Court for the Parish of Orleans, 2018-06598, Div. E;

xxviii.  Fulford v. United Parcel Service, First City Court of New Orleans, 71-2820, Sec. A;

xxix.  Fulford v. United Parcel Service, Civil District Court for the Parish of Orleans, 2018-06664, Div. J;

xxx.  Reed v. Southeastern Freight Lines, Inc., Civil District Court for the Parish of Orleans, 2018-06569, Div. D;

xxxi.  Gardner & Gardner v. Werner Enterprises, Clark v. Werner Enterprises, 2018-05288, Div. G;

xxxii.    Clark v. Werner Enterprises, U.S. District Court, Eastern District of Louisiana, 18-05076;

xxxiii.   Jefferson, Matthews & Hinton v. H.M. Davis Transportation, Civil District Court for the Parish of Orleans, 2018-07187, Div. D;

xxxiv.    Degruy, Degruy & Ramee v. Penske, U.S. District Court, Eastern District of Louisiana, 18-06885;

xxxv.     Statum et al v. Quality Carrier, Civil District Court for the Parish of Orleans, 2018-07387, Div. G;

xxxvi.    Burds v. Javier Flores Transportation, Civil District Court for the Parish of Orleans, 2018-06692, Div. E;

xxxvii.   Fobb, Smith, Winchester, Harris, Diaz & Wishem v. Stericycle, Civil District Court for the Parish of Orleans, 2018-08066, Div. E;

xxxviii.  Hendricks & Williams v. Stericycle, Civil District Court for the Parish of Orleans, 2018-01575, Div. N;

xxxix.    Coleman v. Stericycle, Civil District Court for the Parish of Orleans, 2018-08069, Div. C;

xl.       Pedesclaux v. Ean Holdings, LLC, Civil District Court for the Parish of Orleans, 2018-07267, Div. J;

xli.      Dwayne Johnson v. Shadrack Long, Civil District Court for the Parish of Orleans, 2018-02116, Div. G;

xlii.     Brumfield v. Bridges, Eastern District of Louisiana, 18-07212;

xliii.    Williams, Chew & Harrison v. Dupre Logistics, Civil District Court for the Parish of Orleans, 2018-07367, Div. L;

xliv.    Smith v. Heniff Transporation Systems, Civil District Court for the Parish of Orleans, 2018-08479, Div. J;

xlv.     Hendricks & Morton v. Heniff Transportation Systems, Civil District Court for the Parish of Orleans, 2018-03289, Div. L;

xlvi.    Reff, Red, Harris & Williams v. Werner Enterprises, Eastern District of Louisiana, 18-08350;

xlvii.   Davis, Davis & Williams v. KAG Leasing, Inc., Civil District Court for the Parish of Orleans, 2018-08692, Div. L;

xlviii.  Reese and Odds v. Miller Transportation, Eastern District of Louisiana, 18-08336;

xlix.    Smith v. Seymour Transport, Inc., Civil District Court for the Parish of Orleans, 2018-08791, Div. N;

l.       Lain, Carter & Carter v. Heniff Transportation, Civil District Court for the Parish of Orleans, 2018-08693, Div. G;

li.      Alexander & Berry v. Saia Motor Freight Line, Civil District Court for the Parish of Orleans, 2018-08891, Div. G;

lii.     Thompson & Wilson v. Ozark Motor Lines, Eastern District of Louisiana, 18-08652;

liii.    Barra, Gates, Collins & Sims v. Southeastern Freight Lines, Inc., Eastern District of Louisiana, 18-08223;

liv.     Dents & Clark v. Tyson Foods, Inc., Civil District Court for the Parish of Orleans, 2018-08806, Div. G;

lv.      Davis v. Saia Motor Freight Line, LLC, Civil District Court for the Parish of Orleans, 2018-09445, Div. J;

lvi.   Baham, Turner & Stubbs v. Lovorn & Lovorn Trucking, Eastern District of Louisiana, 18-08881;

lvii.  Jones & Toledano v. McKoin Trucking Company & Haynes Motor Lines, LLC, Civil District Court for the Parish of Orleans, 2018-07635, Div. C;

lviii. Green, Johnson & Nobles v. Delta Trucking, Civil District Court for the Parish of Orleans, 2018-09787, Div. I;

lix.   Charles, Foster, Darby & Birden v. Wiley Sanders Truck Lines, Eastern District of Louisiana, 18-08907;

lx.    Varnado & Payne v. DD Logistics, Inc., Eastern District of Louisiana, 18-08969;

lxi.   Ragas v. Beacon Transport, Civil District Court for the Parish of Orleans, 2018-07467, Div. L;

lxii.  Garrison v. 3 T's, Civil District Court for the Parish of Orleans, 2018-09953, Div. J;

lxiii. Hart & Johnson v. Forward Air, Inc., Civil District Court for the Parish of Orleans, 2018-09681, Div. L;

lxiv.  Carter v. Walmart, Inc., Civil District Court for the Parish of Orleans, 2018-09622, Div. G;

lxv.   Daniels v. Walmart, Inc., Civil District Court for the Parish of Orleans, 2018-09548, Div. L;

lxvi.  Lloyd v. Walmart, Inc., Civil District Court for the Parish of Orleans, 2018-03237, Div. L;

lxvii. Williams v. Millsaps d/b/a Phat-Boy Trucking, Civil District Court for the Parish of Orleans, 2018-10379, Div. G;

lxviii.   Gibson & Martin v. Martin Transportation; Civil District Court for the Parish of Orleans, 2018-10148, Div. B;

lxix.   Dimitri Frazier, et al v. Whitestone Transportation, Eastern District of Louisiana, 18-02340;

lxx.   Brown v. Kevin Doyle, Penske, Civil District Court for the Parish of Orleans, 2018-10714, Div. I;

lxxi.   Harris, et al. v. Old Republic Ins. Co., et al., Civil District Court for the Parish of Orleans, 2016-2238, Div. L;

lxxii.   David Garrison, et al v. The Gray Casualty and Insurance Company, et al, Civil District Court for the Parish of Orleans, 2018-6316, Div. I-14;

lxxiii.   Harris, et al. v. Celadon Trucking Services, Inc., et al.; United States District Court for the Eastern District of Louisiana; 2:18-cv-03317-MLCF-KWR;

lxxiv.   Tiaji Andrews, et al v. United Speciality Ins. Co., et al., Civil District Court for the Parish of Orleans; 2017-01092, Div. G-11;

lxxv.   Sorina v. Vargas, United States District Court for the Eastern District of Louisiana; 15-01547;

lxxvi.   Lott, et al. v. Airgas USA, LLC, et al., Civil District Court for the Parish of Orleans; 2018-11740, Div. C; and

lxxvii.   Marol Ard v. Yoel Almeida, et al.; Civil District Court for the Parish of Orleans; 2018-03346, Div. D-12.

58. Deposition of Demetra Henderson-Burkhalter for impeachment purposes;

59. Deposition of Gregory Offray for impeachment purposes;

60. Deposition of Jacqueline Thompson for impeachment purposes;

61. Deposition of Dr. Peter Liechty for impeachment purposes;

62. Deposition of Dr. Eric Lonseth for impeachment purposes;

63. Deposition of Cornelius Garrison for impeachment purposes;

64. Other phone records from plaintiffs involved in similar trucking incidents;

65. Court and criminal background investigation and pleadings on Gregory Offray produced to plaintiffs;

66. Social media, court and criminal background investigation and pleadings on Demetra Henderson-Burkhalter, including her Facebook posts and videos of her 50th birthday party produced to plaintiffs and captured prior to plaintiff's change in her Facebook setting from public to private;

67. Court and criminal background investigation and pleadings regarding Jacqueline Thompson produced to plaintiffs;

68. Claims Bureau USA, Inc.'s investigative findings on Plaintiffs, Cornelius Garrison, plaintiffs in other similar trucking incidents, relationship between plaintiffs in the instant matter and plaintiffs in other similar trucking incidents, relationship between Plaintiffs in the instant matter and Cornelius Garrison, and relationship between plaintiffs in other similar trucking incidents and Cornelius Garrison;

69. Any and all documents needed to impeach the plaintiffs in this incident;

70. Any and all exhibits listed by any other party to this litigation; and

71. Any and all demonstrative evidence.

Defendants reserve the right to supplement and/or amend this exhibit list as discovery is still ongoing.

Respectfully submitted:

*/s/ Christopher James-Lomax*_____
**SIDNEY J. HARDY (#1938)**
**ISIDRO RENE DEROJAS (#18182)**
**QUINCY T. CROCHET (#30457)**
**CHRISTOPHER JAMES-LOMAX (#37174)**
**McCRANIE, SISTRUNK, ANZELMO,**
   **HARDY, McDANIEL & WELCH, LLC**
909 Poydras Street, Suite 1000
New Orleans, Louisiana 70112
Telephone: (504) 831-0946
Facsimile: (800) 977-8810
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of June, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Christopher James-Lomax*