UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEMETRA HENDERSON-BURKHALTER GREGORY OFFRAY AND JACQUELINE THOMPSON | CIVIL ACTION |
| VERSUS | NO: 18-928 |
| NATIONAL UNION FIRE INSURANCE COMPANY, WALMART TRANSPORTATION, LLC AND LEE MULLIGAN | SECTION: "J" (5) |

## ORDER

Considering the foregoing unopposed *Motion for Leave to File First Amended Witness and Exhibit List* **(Rec. Doc. 109)** filed by Defendants, National Union Fire Insurance Company of Pittsburgh, PA, Walmart Transportation, LLC, and Lee Mulligan ("Defendants"),

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants' First Amended Witness and Exhibit List be filed into the record in the above-captioned matter.

New Orleans, Louisiana, this 17th day of June, 2019.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE