UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEMETRA HENDERSON-BURKHALTER, GREGORY OFFRAY, AND JACQUELINE THOMPSON | CIVIL ACTION |
| VERSUS | NO: 18-928 |
| NATIONAL UNION FIRE INSURANCE COMPANY, ET AL. | SECTION: "J"(5) |

**ORDER**

The Court has received reliable information that there is an ongoing criminal investigation by the U.S. Attorney's Office that may involve this proceeding and/or witnesses or counsel to the proceeding.

"In determining whether to stay civil cases in the face of parallel criminal proceedings, courts consider 1) the overlap between the civil and criminal case; 2) the status of the criminal case; 3) private interests of the plaintiff; 4) private interest of the defendants; 5) the interests of the court; and 6) the public interest."[1]

The Court finds that it is in the best interest of the parties, the court, and the public to stay this proceeding pending the conclusion of this criminal investigation.[2] This stay will protect plaintiffs from any risks associated with testifying in this proceeding while this criminal investigation is pending. This stay is also in

---

[1] Dolan v. Parish of St. Tammany, No. 12-2911, 2013 WL 3270616, at *6 (E.D. La. June 26, 2013). Case 2:19-cv-09978-SM-JCW Document 13 Filed 06/03/19 Page 1 of 2

[2] Orders staying similar cases have been issued by Judge Susie Morgan (*Consuela Lee, et al. v. Sentry Casualty Company et al.*, 19-cv-9978 at Rec. Doc. 13), Judge Sarah Vance (*Kierra Thomas, et al. v. Randall Chambers, et al.*, 18-cv-4373 at Rec. Doc. 220), Judge Lance Africk (*Harry Dorsey, et al. v. Courtney Jamair, et al.*, 18-cv-6603 at Rec. Doc. 162), and Judge Ivan Lemelle (*Dmitri Frazier, et al. v. Robert L. Runnels, et al.*, 18-cv-2340 at Rec. Doc. 111).

defendants' interests, because proceeding to trial before the criminal investigation concludes could result in certain witnesses invoking their Fifth Amendment privilege.

This stay applies to all aspects of this litigation, including any pending motions currently before Magistrate Judge North. The matter may be reopened upon the motion of either party demonstrating that the criminal investigation has concluded, at which time a new trial date will be set. Finally, plaintiffs are advised that they should obtain independent legal advice concerning any risks they may face in continuing with this litigation.

Accordingly;

**IT IS ORDERED** that the above-captioned case is STAYED and administratively closed.

**IT IS FURTHER ORDERED** that all motions pending before the undersigned and U.S. Magistrate Judge North are **DISMISSED WITHOUT PREJUDICE**, reserving to the parties the right to reurge any motions when the above-captioned matter is reopened.

**IT IS FURTHER ORDERED** that the pretrial conference currently set for Thursday, August 15, 2019 is **CANCELLED**.

New Orleans, Louisiana, this 15th day of August, 2019.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE